**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Scott BARRON, Jr.,
Defendant–Appellant.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dennis W. THOMPSON, Defendant–
Appellant.**

**Nos. 96–36058, 96–36059.**

United States Court of Appeals,
Ninth Circuit.

April 7, 1998.

Before: HUG, Chief Judge.

**ORDER**

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35–3.

The three-judge panel opinion, *United States v. Barron*, 127 F.3d 890 (9th Cir.1997), *amended by* slip. op. 1867, 136 F.3d 675 (March 6, 1998), and the three-judge panel unpublished disposition, *United States v. Thompson*, 131 F.3d 150 (9th Cir.1997), are withdrawn.

These cases are consolidated for rehearing en banc.